

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**JOHN F. KENNEDY III, RAMON JACKSON,**

**Plaintiffs,**

**v.**

**MICHIGAN SECRETARY OF STATE BENSON,**
**DETROIT DEPARTMENT OF ELECTIONS,**
**DETROIT CLERK JANICE WINFREY,**
**JANE DOE, JOHN DOE,**

Case:2:24-cv-11072
Judge: DeClercq, Susan K.
MJ: Stafford, Elizabeth A.
Filed: 04-23-2024 At 01:44 PM
CMP KENNEDY ET AL V. BENSON ET AL (
DA)

**Defendants.**

**Civil Action:**

**Case No:**

**Jury Demand:**

**42 U.S.C. 1983; 14th and 15th**

**Amendment to the Const. NVRA 1993**

**52 U.S.C. 20507**

**COMPLAINT FOR MONETARY**

**DAMAGES, DECLARATORY,**

**INJUNCTIVE RELIEF**

### PRELIMINARY STATEMENT

1.      This is a voting rights lawsuit filed pursuant to the Voting Rights Act of 1965 52

U.S.C. 20507, and 42 U.S.C. 1983, 18 U.S. 241, National Voting Registration Act of 1993,

Conspiracy against rights; seeking monetary damages and prospective declaratory and injunctive

relief against Michigan Secretary of State Jocelyn Benson in her official and individual capacity,

Detroit Election Department in its official capacity; Clerk Janice Winfrey in her official and

individual capacity; and John and Jane Doe sued in their official and individual capacity who work for the Detroit Election Department.

2.      Voting is the cornerstone for the American people's civil and constitutional liberties. It is one of the checks and balances between dictatorship and a Republic, along with communism and the free world. Being able to elect and express our choice of a candidate is one of the fundamental components of voting rights. The black population in America has a long, glorious, but painful history centered around the right to vote in this country. Many have bled, fought and died so that Americans may fulfill the importance of voting.

3.      The plaintiff(s) will show that in the 2017, 2020, 2021, 2022 and 2024 elections, based on information and belief; defendant(s) conspired to fraudulently register voters and fraudulently voted on behalf of voters without their permission, knowledge, input or consent. These acts caused each above-mentioned year elections to become diluted and distorted which denied the plaintiff(s) their Constitutional right to fair elections.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C., because it seeks to redress the deprivation, under color of law, rights, privileges and immunities secured by the Voting Rights Act of 1965.

5.      The Court has jurisdiction to grant both declaratory and injunctive relief pursuant to 28 U.S.C. §2201 and §2202.

6.      The venue is proper in the Eastern District U.S. Courts because plaintiff and most of the defendants' place of work is in the eastern district.

## PARTIES

7.    The Detroit Election Department, is being sued in its individual and official capacity, and is responsible for making sure elections are fair and adequate, to ensure registered voters can exercise their Constitutional right to vote.  The Detroit Election Department is located at 2978 West Grand Boulevard, Detroit, Michigan 48202.

8.    Janice Winfrey, is being sued in her individual and official capacity, and is the Detroit City Clerk; her duties are to supervise elections and ensure that voting rights of all residents are protected and elections are conducted fairly.

9.    Secretary of State, Jocelyn Benson, is being sued in her individual and official capacity, and is responsible for making sure elections are secure and accessible, that voting rights are protected and elections are fair.  Her duty is to scrub and maintain the voter rolls before elections to ensure that registered voters are currently residing in their same voting district, deceased voters are removed; and voters relocated outside the district are removed from the rolls. Defendant Benson's job entails making sure registered voters' identification and registered vote I.D. cards reflect the exact same address; this in turn would minimize voter fraud.

10.    To reinforce the right of qualified citizens to vote, Congress in 1993, passed the National Registration Act in 1993. *Ass'n of Cmty. Organization for Reform Now v. Miller, 129 F.3d 833, 835 (6th Cir. 1997)*.  The act set forth requirements that reasonable efforts must be made to remove ineligible voters, voters who are deceased or voters who have moved away.

11.    Plaintiff(s) John F. Kennedy III, along with Ramon Jackson are victims injured by the act of voter fraud.  Ramon Jackson lives at 9207 Coyle Street, Detroit, Michigan.

12.     John F. Kennedy III resides on Eastwick Street in Roseville, Michigan.

13.     Jane and John Doe work for the Detroit Department of Elections under the direction of Defendant, Janice Winfrey.

## STATEMENT OF FACTS

14.     While participating in the recall efforts to Recall District 3 City Councilmember, Scott Benson, a certified copy of the District 3 voter list from the 2022 election was obtained from the Detroit Election Department. On the list of alleged voters, who supposedly voted in the 2022 Gubernatorial Election in District 3 Detroit, plaintiff, John F. Kenney's name is on that list as voting Absentee in that election. This distorted and diluted the 2022 Detroit Gubernatorial election results.

15.     Certified copies of people who had voted in the 2020 Presidential Election in Detroit and the 2021 Detroit Citywide election were also obtained from the Detroit Election Department. The voter's list is a true copy obtained from the election department, which can be obtained from the Detroit Election Department either through print or email along with a $75.00 dollar fee.

16.     Again, plaintiff John F. Kennedy III's name appeared on the 2020 Presidential Election's voter list from Detroit as voting absentee in that election, distorting the 2020 Presidential election results in Detroit. John F. Kennedy moved from 16293 Edmore Street in Detroit to Eastwick Street, Roseville Michigan in 2018. In 2020, based on information and belief, the Detroit Election Department fraudulently registered Mr. Kennedy as a permanent absentee voter without his knowledge, consent or permission.

17.    Mr. Kennedy is a 51-year-old man who has never voted in his entire life. Mr. Kennedy during this time did not know what an absentee ballot form was Mr. Kennedy isn't aware of any of the 2020 or 2022 candidates that ran for public office during those years, so he never voted for any of those candidates. From a more logical point of view, "Mr. Kennedy lived in Detroit most of his life, but never voted in Detroit. He moved away, then decides to vote in the city of Detroit for the first time, after moving away."

18.    On November 14, 2023, plaintiff Jackson obtained a certified copy of his voting history and voting registration history from the Detroit Elections Department. Mr. Jackson discovered that he was fraudulently registered to vote on January 19, 2017, in Detroit, after moving temporarily to Southgate in 2015, then Toledo, Ohio in 2016. DMV records from the State of Michigan and the State of Ohio would reflect that Mr. Jackson's Michigan Driver's License was surrendered September 2016 for an Ohio Driver's license, then Mr. Jackson was registered to vote in Detroit without his knowledge or permission January 19, 2017.

19.    Mr. Jackson was registered to vote at 9255 Coyle Street in Detroit. Mr. Jackson has never had identification, license or utilized 9255 Coyle as a permanent, temporary or voting address.

20.    Based on information and belief, the defendants have displayed a pattern or a system of operation that violates the residents of Detroit's voting rights. Within two years after relocating from Detroit, and under the guise of Janice Winfrey, residents who have left Detroit are being re-registered at their previous addresses after leaving. Ghost/fraudulent voters are being registered at resident's homes without the homeowner's or voters' knowledge. This act is being performed without the knowledge or permission of homeowners; prime candidates for this

arbitrary practice are those who have a zero history of voting.  This practice dilutes, distorts and artificially inflates the voter registration number and elections for the City of Detroit.  The voter registration numbers are utilized to gauge the voter participation in all Detroit elections.

21.     The City of Detroit alleges to have 506,000 registered voters as of 2022.  Detroit, according to the recent 2022 U.S. Bureau of Census boasted a population of 639,000 people with 24.9% of the population being under the age of 18.  24.9% is roughly around 157,000 which 639,000 minus 157,000 leaves 483,000 people over 18 remaining.

22.     The U.S. Bureau of Census numbers are correct and accurate.  These numbers are the official numbers the United States operates under.  Based on the recent 2022 U.S. Census Report, the City of Detroit has started its City Council redistricting process.  It is mathematically impossible for the City of Detroit to have 506,000 registered voters out of 639,000 people and close to 25% of those people are under the age of 18; unless a portion of the registered voters no longer reside in the City of Detroit, as the plaintiffs will show in this case.

23.     Based on information and belief, the number of registered voters are contrived and illegally inflated; which hinder residents of Detroit and throughout the state to gauge an accurate number of voters who turned out for the Detroit and statewide election.

24.     Maria Shenease Penkins of Eastpointe, Michigan, though not listed as a defendant in this case; moved from 6534 Pittsburgh Street, Detroit, Michigan in the year 1996.  Ms. Penkins purchased her home in Eastpointe 2009-2010, and shortly thereafter the Detroit Election Department fraudulently registered Ms. Penkins to vote without her knowledge and permission at the Pittsburgh Street address May of 2012.  Ms. Penkins expressed having no knowledge of registering to vote on Pittsburgh Street in May of 2012.

25.     Steely Larae Smith, who current resides in Texas, though not listed as a defendant in this case; moved to Texas back in 2010.  Prior to relocating to Texas, she lived in Royal Oak, Ferndale and Belleville, Michigan.  Ms. Smith is currently registered to vote at 20046 Oxley Street, Detroit, Michigan 48235.  The Detroit Election Department fraudulently registered her to vote in August 2012 without her knowledge or permission. Ms. Smith's mother expressed having no knowledge of her daughter being registered to vote on Oxley Street in Detroit ever in her life. Someone cast a fake absentee ballot in Steely Smith's name at 20046 Oxley Street in the 2020 election, distorting and diluting the 2020 Detroit Presidential election results.   (SEE ATTACHMENT)

26.     Anthony Earl Harris, Ishon Hill, Karnesha Alexander and Martell Simpson all moved before the 2021 Detroit Citywide elections.  Harris moved to Taylor, Michigan; Hill moved to Ohio; Simpson to Harper Woods and Alexander to another address in metropolitan Detroit.  Each one of these individuals were on the 2021 Detroit Citywide voting list as voting absentee after relocating.  The illegal votes of these individuals diluted and distorted the 2021 citywide election results.

27.     Charles and Karen Miles owns the property located at 20161 Meyers Street in Detroit, Michigan.  The Miles family has owned this property since 1969 and has never rented or leased this property to anyone outside the Miles family.  On February 2, 2024, defendant Janice Winfrey sent a voter cancellation notice for a James Martin to the Miles' residence.

28.     Neither Charles nor Karen Miles know James Martin and James Martin has never resided at 20161 Meyers.  Further investigation and review of the Michigan Qualified Voters File (QVF) determined that James Martin has been registered to vote at the Miles' residence for

more than four (4) years and someone cast a fake vote for James Martin at the Miles' residence in the 2020 Presidential Election diluting the 2020 election results.  Another interesting fact: James Martin's D.O.B. year is listed as 1968, but his voter registration date is listed as 01/01/1900; making Mr. Martin registered to vote 68 years before he was born.  James Martin was illegally registered to vote at the Miles' residence in February 2024.  (SEE ATTACHMENT)

29.     Further investigation and review of the State Qualified Voter List uncovered a Lillian Jableway, registered to vote at 20161 Meyers, the Miles' residence.  Lillian Jableway's D.O.B. is listed as 1928 and her voter registration date was 1950.  Someone cast a fake vote in Lillian Jableway's name under the Miles' resident address in the 2012 Presidential Election diluting the 2012 election results.  Charles and Karen Miles do not know a Lillian Jableway, nor have a Lillian Jableway residing at 20161 Meyers from 1969 to the present.  Lillian Jableway was illegally registered to vote at the Miles' residence in February 2024.  (SEE ATTACHMENT)

30.     6831 Minock Street in Detroit is owned by Hernandez-Mercado and Jorge Amilcar, of Hispanic descent; who speak very little, if any, English.  Nonetheless, Plaintiff Jackson, did speak with the current residents who live at 6831 Minock Street.  Plaintiff found in his investigation that the City of Detroit Election Department allow multiple families to be fraudulently registered to vote at this address.  Michelle and Eric Zupanic are white persons illegally registered to vote at 6831 Minock.  Marlon Bonner, Shanna Bonner and Shannon Bonner are African Americans, illegally registered to vote at 6831 Minock.  The current residents don't know the Bonners or the Zupanics.  Further investigation and review of the Michigan Qualified Voter's list uncovered that fake votes were being cast at 6831 Minock in the

Bonners and Zupanic's names.  The fake votes were cast in the 2017, 2020, 2021 and 2022 elections, distorting and diluting those election results.  (SEE ATTACHMENTS)

31.     6830 Minock is owned by Rabih & Iman, and are of middle-eastern descent.  The home located at 6830 Minock Street in Detroit is currently vacant and listed for sale by Keller-Williams Legacy MSL#20240008068.   In February 2024 the Detroit Election Department fraudulently registered the following voters at the vacant house located at 6830 Minock Street. Elizabeth Kersaw, Allen Renee Vaughn, Orlando Vaughn, Terrance Terrell Smith, Elaine Smith. This was done to fraudulently inflate the voter registration numbers, denying plaintiffs a right to a fair election count.  (SEE ATTACHMENT)

32.     12842 Sussex Street is a home located on the Northwest side of Detroit.  The home is owned by the Limited Liability Company Echimo One LLC but is occupied by non-English speaking immigrants.  A fake absentee vote was cast in the name of Mary Elaine Beckman at 12842 Sussex in the 2024 February primary election.  Mary Elaine Beckman does not reside at 12842 Sussex nor do the immigrants residing at 12842 Sussex know a Mary Elaine Beckman.  This fake vote was cast to distort and dilute the 2024 Presidential Primary election in Detroit, denying the plaintiffs a right to a fair election.  (SEE VIDEO/AUDIO EVIDENCE).

33.     The pattern of corruption is clear; the defendants have and continue to conspire to violate the plaintiffs and other residents of Detroit's voting rights.  There are dozens of others who meet this same pattern; fraudulently listed as registered voters and fake votes cast on behalf of these voters.

## CONSPIRACY TO VIOLATE
## VOTING RIGHTS 18 U.S.C. 241

34.     The plaintiffs repeat and re-allege each allegation contained in Paragraphs 1-33 above as fully set forth herein.

35.     The Defendants are selecting previous residents of Detroit who have moved away to different towns, cities, villages or States.

36.     Residents are selected based on having a zero or low percentage of voter participation.

37.     The residents are then illegally registered to vote either at a previous address the resident once resided at, or a totally different address the resident never resided at.

38.     The Defendants are then either using the illegally registered voter to cast a vote on their behalf through absentee ballot voting or using the illegally registered voter as part of Detroit's registered voter list.  The registered voter list plays a critical role in our elections as mentioned earlier in this complaint.  The registered voters list is how the percentage of residents participating in the elections are counted.  By the defendants distorting and diluting this number, it robs the residents of their rights to a fair count of factual election result total.

39.     The plaintiffs Mr. Kennedy and Mr. Jackson share the same exact pattern as mentioned above in the conspiracy; both moved away from Detroit; both had a history of low or zero voting history.  The defendants voted on behalf of plaintiffs in different elections, without the plaintiffs' permission, knowledge or consent.

40.     Marie Penkins and Steely Smith both moved away to different towns and States; both have zero history of voting.  Both were then placed on the registered voter list at previous addresses.  This was done to artificially inflate the percentage of registered voters defrauding the residents of their right to a fair count in the elections.

## CLAIMS FOR RELIEF

### COUNT 1

### 52 U.S.C. and 42 U.S.C. 1983

### Violation of the Fourteenth and Fifteenth Amendment to the United States Constitution and the Voting Rights Act of 1965

41.     The plaintiffs repeat and re-allege each allegation contained in Paragraphs 1-40 above, as fully set forth herein.

42.     42 U.S.C. 1983 authorizes suits for the deprivation of a right secured by the Constitution or the laws of the United States caused by a person and/or persons acting under the color of law.

43.     Section 1 of the Fifteenth Amendment to the United States Constitution provides that:  **"The right of citizens of the United States to vote shall not be denied or abridged upon."**

44.     Section 1 of the Fourteenth Amendment to the United States Constitution provides that:

> **"No state shall make or enforce any law which shall abridge the privileges or immunities of citizens, nor shall any state deprive any person of life, liberty or property without due process of the law, nor deny any person within its jurisdiction the equal protection of the law."**

11

45. Not only does the Fifteenth Amendment and the Voting Rights Act of 1965 cover a citizen's right to vote, but it also covers fair elections. Just as citizens have a right to vote, citizens have a right under the Constitution to have fair elections. **Anderson v. United States, 417 U.S. 211 (1974).**

46. The defendant(s) casting fake ballots on behalf of the plaintiffs diluted and distorted the voting process and injured the plaintiffs and residents who voted in the 2017, 2020, 2021, 2022 and 2024 elections. In **Pritchard v. United States, 187 F.2d page 417,** the courts determined that **"the deposit of forged ballots in the ballot boxes dilutes the influence of honest votes in an election, no matter how small or great and whether in greater or lesser degree is immaterial."**

47. The right to an honest count of how many electors the City of Detroit has is a right possessed by each elector. By the defendant(s) fraudulently inflating the number of electors by registering persons who relocated from Detroit without their permission; denies plaintiffs and residents of Detroit and the State of Michigan their right to a fair count of the elections.

## PRAYER FOR RELIEF

1. That this Honorable Court award the plaintiffs, John F. Kennedy III and Ramon Jackson, Compensatory and Punitive Damages for violating the plaintiffs' voting rights.

2. Declare that previous elections in 2017, 2020, 2021, 2022 and 2024 were distorted and diluted by fake voters and fake registered voters which violated the plaintiffs' voting rights.

3. Order the defendants to immediately, before the 2024 Presidential General Election; remove all voters from Detroit's registered voter list that has moved out of Detroit from

2010 through 2022, and any voters that moved out of town and the State who were registered through fraud.  Remove all deceased people from the voter rolls who passed away between 2010 through 2022.

4.    Award the plaintiff's costs, expenses and fees pursuant to 42 U.S.C. 1988 1331 and other applicable laws.

5.    Order any other relief that this Court deems just and proper.

Respectfully,

John K. Kennedy III,
Ramon Jackson
(313) 423-1076
**Advocate0247@gmail.com**

**Dated: April 22, 2024**

## District 3 - voters 11.2022.pdf

| # | Last | First | Middle | No. | Street | Type | Zip | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | KELSEY | LINDA | | 8281 | BRENTWOOD | ST | 48234 Y | N | Y |
| 81 | KELSEY | MICHAEL | LARONE | 15295 | BRINGARD | DR | 48205 Y | Y | Y |
| 65 | KELSEY | YVONNE | ANTOINETTE | 20217 | TERRELL | ST | 48234 Y | Y | Y |
| 73 | KEMP | ANGEL | JANE | 20210 | ALCOY | ST | 48205 Y | N | N |
| 69 | KEMP | DEBORAH | DENISE | 18946 | TEPPERT | ST | 48234 Y | N | Y |
| 94 | KEMP | DWYER | JAMES | 12104 | BUFFALO | ST | 48212 Y | N | Y |
| 73 | KEMP | LATONYA | CORNEILUS | 20210 | ALCOY | ST | 48205 Y | Y | N |
| 183 | KEMP | LAWANDA | | 19410 | LUMPKIN | ST | 48234 Y | Y | Y |
| 69 | KEMP | MARGRIE | | 18667 | JOANN | ST | 48205 Y | N | N |
| 72 | KEMP | OMONIE | NICOLE | 20200 | BARLOW | ST | 48205 Y | Y | Y |
| 192 | KEMP | PHILIP | TERRELL-ANTHONY | 20087 | DEAN | ST | 48234 Y | N | N |
| 88 | KEMP-DILL | SUE | MICHELLE | 19182 | ROGGE | ST | 48234 Y | N | Y |
| 184 | KEMP-STR | MARTAYLA | SONYANN | 19704 | RIOPELLE | ST | 48203 Y | N | N |
| 65 | KEMPER | COREY | TERRELL | 8093 | ROLYAT | ST | 48234 Y | N | N |
| 183 | KENDRICK | CHARLES | T | 19639 | FLEMING | ST | 48234 Y | Y | N |
| 71 | KENDRICK | CHRISTINE | ANN | 19528 | ROWE | ST | 48205 Y | Y | N |
| 195 | KENDRICK | DONNA | Y | 18819 | GABLE | ST | 48234 Y | N | N |
| 182 | KENDRICK | KIMBERLY | DANYALE | 19703 | REVERE | ST | 48234 Y | N | N |
| 69 | KENDRICK | MIRANDA | OCTAVIA-LATOYA | 18109 | GOULBURN | ST | 48205 Y | N | N |
| 86 | KENDRICK | PATRICIA | | 20427 | ROGGE | ST | 48234 Y | Y | N |
| 195 | KENDRICK | SHAWN | KEITH | 18634 | SYRACUSE | ST | 48234 Y | N | N |
| 197 | KENDRICK | THOMAS | DERRICK | 17225 | CONLEY | ST | 48212 Y | N | N |
| 186 | KENDRICK | ARIANE | JMIR | 20218 | EXETER | ST | 48203 Y | N | N |
| 64 | KENDRICK | FREDA | RENIECE | 8630 | BLISS | ST | 48234 Y | N | N |
| 192 | KENDRICK | KRISHUN | UNIQUE | 19310 | JUSTINE | ST | 48234 Y | N | N |
| 64 | KENDRICK | SONYA | YVONNE | 8622 | BLISS | ST | 48234 Y | N | N |
| 195 | KENDZIOR | JOHN | PETER | 18840 | DWYER | ST | 48234 Y | Y | Y |
| 176 | KENNEDY | AARON | CHRISTIAN | 18200 | MARX | ST | 48203 Y | Y | Y |
| 184 | KENNEDY | ABEL | CORNELIUS | 20048 | ORLEANS | ST | 48203 Y | N | N |
| 75 | KENNEDY | ADRIENNE | | 17672 | RUNYON | ST | 48234 Y | N | N |
| 79 | KENNEDY | ALESIE | | 13711 | EDMORE | DR | 48205 Y | N | N |
| 86 | KENNEDY | ALTON | | 19950 | STOTTER | ST | 48234 Y | Y | Y |
| 63 | KENNEDY | ANTHONY | STERLING JR | 7484 | VARJO | ST | 48212 Y | N | N |

| # | Last | First | Middle | No. | Street | Type | Zip | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 184 | KENNEDY | BARBARA | ANN | 19193 | MARX | ST | 48203 Y | N | N |
| 95 | KENNEDY | CALVIN | MAURICE | 7530 | DOBEL | ST | 48234 Y | N | N |
| 82 | KENNEDY | CAROL | LAJUNE | 15909 | MANNING | ST | 48205 Y | Y | N |
| 90 | KENNEDY | DAUA | MONIQUE | 9015 | EDGEWOOD | | 48213 Y | N | N |
| 63 | KENNEDY | DAJUAN | STEVEN | 6824 | VARJO | ST | 48212 Y | N | N |
| 93 | KENNEDY | DARNISE | NICHOLE | 13924 | ARLINGTON | ST | 48212 Y | N | N |
| 63 | KENNEDY | DESIREE | VICTORIA | 6824 | VARJO | ST | 48212 Y | N | N |
| 184 | KENNEDY | JACQUELINE | | 19751 | MARX | ST | 48203 Y | Y | Y |
| 82 | KENNEDY | JANEE | DYMONE | 15909 | MANNING | ST | 48205 Y | N | N |
| 84 | KENNEDY | JOHN | FITZGERAL III | 16293 | EDMORE | DR | 48205 Y | Y | Y |
| 74 | KENNEDY | LAQUITTA | PRINCEATTA | 19142 | HICKORY | ST | 48205 Y | Y | Y |
| 185 | KENNEDY | MARY | VIRGIN | 20151 | HANNA | ST | 48203 Y | Y | N |
| 63 | KENNEDY | MICHELLE | SHAREE | 6825 | VARJO | ST | 48212 Y | Y | Y |
| 90 | KENNEDY | NAKEITA | MONIQUE | 9015 | EDGEWOOD | | 48213 Y | N | N |
| 63 | KENNEDY | NIKITA | CORA | 7509 | NEVADA | ST | 48234 Y | N | N |
| 82 | KENNEDY | TONYA | TERREIA | 14997 | FAIRMOUNT | DR | 48205 Y | N | N |
| 90 | KENNEDY | VALERIE | ANNETTE | 8038 | WOODLAWN | | 48213 Y | Y | Y |
| 184 | KENNEDY | VALINCIA | LANELLE | 20048 | ORLEANS | ST | 48203 Y | Y | N |
| 101 | KENNEDY | VERONICA | ELIZABETH | 5623 | FAIRVIEW | ST | 48213 Y | Y | Y |
| 80 | KENNEDY- | RHONDA | ANN | 20224 | REGENT | DR | 48205 Y | Y | N |
| 73 | KENNERLY | DEMATIO | MAE | 20283 | ALCOY | ST | 48205 Y | N | N |
| 188 | KENNERLY | JESSIE | M | 20120 | MACKAY | ST | 48234 Y | Y | Y |
| 71 | KENNEY | JAMAR | MARCELL | 19976 | GOULBURN | ST | 48205 Y | N | N |
| 172 | KENO | SHEILA | RENEE | 17481 | OAKLAND | ST | 48203 Y | Y | N |
| 84 | KENT | DAVID | | 16900 | CARLISLE | ST | 48205 Y | Y | N |
| 177 | KERN | STEPHANIE | NAKIA | 18091 | FENELON | ST | 48234 Y | N | N |
| 176 | KERNS | JAMES | HENRY III | 17867 | MARX | ST | 48203 Y | Y | N |
| 66 | KESSLER | MICHAEL | PAUL | 19197 | BELAND | ST | 48234 Y | Y | Y |
| 77 | KETCHING | ROBERT | HENRY | 13601 | SARATOGA | ST | 48205 Y | Y | Y |
| 72 | KETTEL | MICHAEL | | 20223 | HAMBURG | ST | 48205 Y | Y | N |
| 194 | KEY | ALLYFAIR | | 19360 | MOENART | ST | 48234 Y | Y | Y |
| 70 | KEY | ANTHONY | STEPHEN | 19206 | WALTHAM | ST | 48205 Y | N | Y |
| 183 | KEY | BRITTANY | NICOLE | 19623 | GODDARD | ST | 48234 Y | Y | N |
| 89 | KEY | RUBY | LOUISE | 2943 | MCPHERSON | ST | 48212 Y | Y | Y |
| 81 | KEY | TAMARA | EVON | 15045 | COLLINGHAM | DR | 48205 Y | Y | Y |
| 178 | KEYES | TIMOTHY | CHALMERS III | 1300 | 7 MILE | RD | 48203 Y | N | N |

**Lives in:** Detroit, Michigan
**Phone:** Ad View phone number ☑
**Gender:** Male

# John Kennedy III's Voter Registration

**Registered to Vote In:** Wayne County, Michigan
**Registration Date:** 10/09/2020
**Voter Status:** Active
**Precinct:** 03084
**Congressional District:** 13th District
**House District:** 12th District
**Senate District:** 11th District
**County District:** 1st District

# REGISTRATION AND VOTING CERTIFICATION

I, JANICE M. WINFREY, City Clerk of the City of Detroit do hereby certify that

STATE OF MICHIGAN }
CITY OF DETROIT     }                    SSN. _____
Ramon Montez Jackson
_____

registered as a qualified elector on 11-6-08 _____ in Dist. _____ Pct. _____

at which time, birth date, age, year of birth was given as August 16, 1978 _____

and address as    7475 Dacosta _____ in the city and state aforesaid.
Said registration was transferred as follows:

| 9089 Brace St (28) | 10-12-2012 |
| 9212 Coyle St (28) | 12-09-2013 |
| Moved to 15765 Goddard Rd Apt. 206, Southgate MI, (95) | 09-10-2015 |
| 9255 Coyle St (28) | 01-19-2017 |
| 9212 Coyle St (28) | 12-12-2018 |
| 19170 Ohio St (28) | 07-17-2023 |

I FURTHER CERTIFY that the records now on file in my office show the following information in connection with said registrant:

Birthplace _____

Voted on the following election dates: _____
08-04-2009
11-03-2020
08-03-2021
11-02-2021
08-02-2022
11-08-2022

_____
Specimen signature of elector
IN WITNESS WHEREOF, I have hereunto set my hand and
affixed the corporate seal of the said City, at Detroit, on

November 14 _____ A.D. 20 23 _____

_____
City Clerk and Chairperson

**Lives in:** Detroit, Michigan
**Phone:** View phone number ↗
**Gender:** Male

# Ramon Jackson's Voter Registration

**Registered to Vote In:** Wayne County, Michigan
**Registration Date:** 01/19/2017
**Voter Status:** Active
**Precinct:** 07373
**Congressional District:** 12th District
**House District:** 4th District
**Senate District:** 2nd District
**County District:** 7th District

# Election Summary Report
# November 8, 2022 - General Election
# Wayne County, Michigan
# OFFICIAL RESULTS - City of Detroit

Precincts Reported: 599 of 599 (100.00%)

Registered Voters: 173,325 of 508,999 (34.05%)

Ballots Cast: 173,325

## Straight Party Ticket (Vote for  1)

Precincts Reported: 599 of 599 (100.00%)

| | | Election Day | AV Counting | Total | |
|---|---|---|---|---|---|
| Times Cast | | 92,559 | 80,766 | 173,325 / 508,999 | 34.05% |
| **Candidate** | **Party** | **Election Day** | **AV Counting Board** | **Total** | |
| Democratic Party | DEM | 68,313 | 62,637 | 130,950 | 95.41% |
| Republican Party | REP | 3,011 | 1,481 | 4,492 | 3.27% |
| Libertarian Party | LIB | 207 | 126 | 333 | 0.24% |
| U.S. Taxpayers Party | UST | 263 | 119 | 382 | 0.28% |
| Working Class Party | WC | 518 | 190 | 708 | 0.52% |
| Green Party | GRE | 128 | 77 | 205 | 0.15% |
| Natural Law Party | NLP | 123 | 62 | 185 | 0.13% |
| Total Votes | | 72,563 | 64,692 | 137,255 | |
| | | **Election Day** | **AV Counting Board** | **Total** | |

## Governor and Lieutenant Governor (Vote for  1)

Precincts Reported: 599 of 599 (100.00%)

| | | Election Day | AV Counting | Total | |
|---|---|---|---|---|---|
| Times Cast | | 92,559 | 80,766 | 173,325 / 508,999 | 34.05% |
| **Candidate** | **Party** | **Election Day** | **AV Counting Board** | **Total** | |
| Gretchen Whitmer/Garlin D. Gilchrist II | DEM | 86,837 | 77,451 | 164,288 | 95.30% |
| Tudor M. Dixon/Shane Hernandez | REP | 4,457 | 2,329 | 6,786 | 3.94% |
| Mary Buzuma/Brian Ellison | LIB | 258 | 181 | 439 | %|
| Donna Brandenburg/Mellissa Carone | UST | 182 | 112 | 294 | 7% |

CLEAR    TABLE    MORE

## Table

All Topics 

🔍 **Detroit city, Michigan** 

🔍 **Michigan** 

## 👤 PEOPLE

## Population

---

ℹ️ **Population Estimates, July 1, 2022, (V2022)**

Detroit city, Michigan: ⚠️ **620,376**

Michigan: ⚠️ **10,034,113**

---

ℹ️ **Population estimates base, April 1, 2020, (V2022)**

Detroit city, Michigan: ⚠️ 639,115

Michigan: ⚠️ 10,077,325

---

ℹ️ **Population, percent change - April 1, 2020 (estimates base) to July 1, 2022, (V2022)**

Detroit city, Michigan: ⚠️



# Age and Sex

*i*  **Persons under 5 years, percent**

Detroit city, Michigan:  ⚠ 7.1%

Michigan:  ⚠ 5.3%

*i*  **Persons under 18 years, percent**

Detroit city, Michigan:  ⚠ 24.9%

Michigan:  ⚠ 21.0%

*i*  **Persons 65 years and over, percent**

Detroit city, Michigan:  ⚠ 14.1%

Michigan:  ⚠ 18.7%

*i*  **Female persons, percent**

Detroit city, Michigan:  ⚠ 52.5%

Michigan:  ⚠ 50.3%

# Race and Hispanic Origin

*i*  **White alone, percent**

Detro

**Is this page helpful?** 

 Yes    No

*i*  **Black or African American alone, percent**  (a)

# VOTER HISTORY FROM STATE - 02 2024 QVF

Penkins, Maria Shenease
Address in 11 2020 QVF = 24326 Courtland Ave. Eastpointe, MI
Address in 02 2024 QVF = 24326 Courtland Ave. Eastpointe, MI
Registration Date 4/21/09
Born 1969

ED = Voted In Pers
A = Voted Absente

State data does not necessarily represent the correct voting County, Jurisdiction and School District.  County/Jurisdiction Data

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE |
|---|---|---|---|---|---|---|---|
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 11/2/2010 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 11/6/2012 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 11/4/2014 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 5/5/2015 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 3/8/2016 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 3/8/2016 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 8/2/2016 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 11/8/2016 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 11/7/2017 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 11/6/2018 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 3/10/2020 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 11/3/2020 0: |
| 104243842 | 50 | MACOMB | 24290 | EASTPOINTE CIT | 12450 | EASTPOINTE COMMUNITY SCH | 11/8/2022 0: |

# 🏠 Current Address

## 7329 Carrie Ln #278

## Deer Park, TX 77536

191 Bed | 6 Bath | 168,912 Sq Ft | Built 1976
Harris County
(Jul 2017 – Jan 2024)



**Attention Real Estate Investors!**

# 👤 Steely Larae Smith

Age 40

Detroit, Michigan

Steely Larae Smith (age 40) is a woman, born in 1983, currently listed on 20046 Oxley St, Detroit, 48235 Michigan.

## ℹ️ Overview of Steely Larae Smith

🏠 **Lives in:** Detroit, MI

🎂 **Birth Year:** 1983

## 🚻 Steely Larae Smith Voting Profile

### Voter Info

**Age:** 40

**Birth Year:** 1983

**Registration Date:** August 27, 2012

**Voter ID:** 107133192

**Voter Status:** Verify

## District Information

**County:** Wayne

i

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Smith, Steely Larae
Address in 11 2020 QVF = 20046 Oxley
Address in 02 2024 QVF = 20046 Oxley
Registration Date 8/27/2012
Born 1983

ED = Voted In Person on Election Day
A = Voted Absentee

*State data does not necessarily represent the correct voting County  Jurisdiction and School District  County/Jurisdiction Data will be more accurate*

| VOTER_IDEN | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_NAM | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE | OTING_TYPE |
|---|---|---|---|---|---|---|---|---|
| 107133192 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOOL DIST | 8/4/2020 0:00 | A |

# 👤 Anthony Earl Harris

Age 33

Taylor, Michigan

Anthony Earl Harris (age 33) is a man, born in 1990, currently listed on 12281 Pine St, Taylor, 48180 Michigan.

# ℹ️ Overview of Anthony Earl Harris

🏠 **Lives in:** Taylor, MI

🎂 **Birth Year:** 1990

# 🗳️ Anthony Earl Harris Voting Profile

## Voter Info

**Age:** 33

**Birth Year:** 1990

**Registration Date:** March 17, 2016

**Voter ID:** 32336913

**Voter Status:** Active

# District Information

**7:51**   .ıll 5G⁰ ⚡

political party affiliation. He is a male registered to vote in Wayne County, Michigan.

**f Share**

**Background Report**

# Overview of Anthony Earl Harris

**Lives in:** Detroit, Michigan
**Phone:** View phone number 
**Gender:** Male

# Anthony Harris's Voter Registration

**Registered to Vote In:** Wayne County, Michigan
**Registration Date:** 03/17/2017
**Voter Status:** Active
**Precinct:** 07336
**Congressional District:** 12th District
**House District:** 3rd District
**Senate District:** 2nd District
**County District:** 7th District

You are agreeing to all
by using this website.

**X**

■ voterrecords.com

11:18

## PeopleSearch

| | |
|---|---|
| **Apartments (generic)** | **Residential** |
| Subdivision | Lot SqFt. |
| **New Towne Square** | **396,794** |

# Ishon Hill
## Toledo, OH

**Age:** 35

**Full Name:** Ishon L Hill

**Current Home Address:**

**6134 Northtowne Ct, Unit 8
Toledo OH 43612**

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Ishon Hill in Toledo, OH.

933 Gribbin Ln, Unit 1B
Toledo OH 43612

5001 South Ave, Unit 214
Toledo OH 43615

801 Linda Dr
Toledo OH 43612

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

**I AGREE**



Case 2:24-cv-11072-SKD-EAS    ECF No. 1, PageID.28    Filed 04/23/24    Page 28 of 53

# FREE Background Report for Martell D Simpson in Harper Woods, MI (Michigan)

**Martell D Simpson** is 25 years old and was born in April of 1999. Currently Martell lives at the address **19774 Kenosha St, Harper Woods MI 48225**. Martell has lived at this **Harper Woods, MI** address for about 4 years, after moving in around September of 2019. Martell previously lived at 9130 Whitcomb St, Detroit MI 48228 for 4 years, starting in January of 2019.

Public records do not indicate that Martell D Simpson is currently married. The following people are relatives or close associates of Martell: Angelia Simpson(22), Angelia Simpson(74), Clinton Simpson(76), Luddy Herner(104), Marlon Jaqay Simpson(45), Marlon Simpson(45), Marlon Simpson(30), Marlon Simpsons(45), Martell Simpson(22), Patricia Poe(72) and Tracy Simpson(53).

# Property & Tax Information

❷ Definitions

## Municipality

01

## Parcel ID

22019875.

## Property Type

REAL

## Property Address

20161 MEYERS, DETROIT MI 48235

## Taxpayer(s)

MILES, KAREN

ℹ️   ADDITIONAL TAXES OR ADJUSTMENTS MAY BE DUE FOR THE CURRENT YEAR.







# NOTICE OF CHANGE OF ADDRESS
## (Move Made Within Jurisdiction)

WE HAVE BEEN ADVISED THAT YOU HAVE PERMANENTLY CHANGED YOUR ADDRESS IN THE CITY OF DETROIT TO ANOTHER LOCATION WITHIN THIS JURISDICTION.

- This change has been recorded in your voter registration record. You will receive a new Voter Identification Card by mail, which lists your new polling place. Detach, complete and return the reply card at the bottom as soon as possible even if this notice was mailed to your correct current address.

- If this card is not returned, affirmation of your current address may be required at the polls on election day.

### QUESTIONS? CALL (313) 876-0190

# NOTICE OF CANCELLATION
## (Move Made To Another Jurisdiction)

THE VOTER REGISTRATION YOU CURRENTLY HOLD IN THE CITY OF DETROIT MAY BE CANCELLED AS WE HAVE BEEN ADVISED THAT YOU ARE NO LONGER A RESIDENT OF THIS JURISDICTION

**IF YOU HAVE PERMANENTLY MOVED** TO AN ADDRESS OUTSIDE OF THIS JURISDICTION

- Detach, complete, and return the reply card at the bottom to confirm your address as soon as possible.

- Please note that in order to vote, you must register with the clerk of the jurisdiction where you now reside

**IF YOU HAVE NOT PERMANENTLY MOVED** TO AN ADDRESS OUTSIDE OF THIS JURISDICTION AND YOU WISH TO REMAIN REGISTERED

- Detach, complete, and return the r̶e̶p̶l̶y̶ ...ation as soon as possible.

- If this card is not returned, you m... election day.

- If this card is not returned and election following the ...

### QUESTIONS? ...

FULL NAME (Print or T...

DATE OF BIRTH ____ / ____

# VOTER HISTORY FROM STATE - 02 2024 QVF

Martin, James
Address in 11 2020 QVF = 20161 Meyers Rd
Address in 02 2024 QVF = 20161 Meyers Rd
Registration Date 1/1/1900
Born 1968

ED = Voted In Person on Election Day
A = Voted Absentee

*State data does not necessarily represent the correct voting County, Jurisdiction and School District County/Jurisdiction Data will be more accurate.*

| VOTER_ID | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_NAM | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE | VOTING_TYPE |
|---|---|---|---|---|---|---|---|---|
| 346190 | | | | | | | | |

1:05   •ıl 5G⁶ⁱ ⁱ⚡

< 102                                    ∧   ∨

**AR**  **Advocate Ramon**                12:07 PM
**To:** printandgo@fedex.com & 1 more... >

# No Subject







Sent from my iPhone

**Lives in:** Detroit, Michigan
**Phone:** View phone number ↗
**Gender:** Female

# Lillian Jablway's Voter Registration

**Registered to Vote In:** Wayne County, Michigan
**Registration Date:** 09/14/1950
**Voter Status:** Challenged
**Precinct:** 02225
**Congressional District:** 12th District
**House District:** 6th District
**Senate District:** 8th District
**County District:** 5th District

## Property & Tax Information

**? Definitions**

### Municipality

01

### Parcel ID

22091602.

### Property Type

REAL

### Property Address

6831 MINOCK, DETROIT MI 48228

### Taxpayer(s)

HERNANDEZ-MERCADO, JORGE AMILCAR

> **ⓘ** ADDITIONAL TAXES OR ADJUSTMENTS MAY BE ^ DUE FOR THE CURRENT YEAR.
>
> PROPERTY TAX INFORMATION IS VALID AS OF BUSINESS DAY 04/19/2024.

**VOTER HISTORY FROM STATE - 02 2024 QVF and 12 2022 QVF**

Zupancic, Eric Joseph
Address in 11 2020 QVF = 6831 Minock St
Address in 02 2024 QVF = 6831 Minock St
Registration Date 02 2024: 7/5/2019
Born 1977

ED = Voted In Person on I
A = Voted Absentee

*State data does not necessarily represent the correct voting County, Jurisdiction and School District  County/Jurisdiction Data will be*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE | OTIN |
|---|---|---|---|---|---|---|---|---|
| 159365806 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2012 0:00 | |
| 159365806 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2016 0:00 | |
| 159365806 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2020 0:00 | |
| 159365806 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/2/2021 0:00 | |



# VOTER HISTORY FROM STATE - 02 2024 QVF

Zupancic, Michelle Anne
Address in 11 2020 QVF = 6831 Minock St
Address in 02 2024 QVF = 8580 Wisconsin St., Detroit, MI
Registration Date 02 2024   8/26/2020
Born 1971

ED = Voted in Person on Election Day
A = Voted Absentee

| VOTER_IDENT | COUNTY_(COUNTY_# | JURISDICTI | JURISDICTION_N | SCHOOL_D | SCHOOL_DISTRICT_NAME | ELECTION_DATE | OTING_TYPE |
|---|---|---|---|---|---|---|---|
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/3/2010 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/2/2010 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2011 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2012 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/5/2013 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/4/2014 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/8/2016 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/8/2016 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2016 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/8/2017 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2018 0:00 | ED |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/2/2021 0:00 | A |
| 102096237 | 82 WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/2/2022 0:00 | A |

# VOTER HISTORY FROM STATE - 02 2024 QVF

Bonner, Marwin Lamont
Address in 11 2020 QVF = 6381 Minock St
Address in 02 2024 QVF = 6381 Minock St
Registration Date 1/10/2001
Born 1973

ED = Voted In Person on Election Day
A = Voted Absentee

*State data does not necessarily represent the correct voting County, Jurisdiction and School District.   County/Jurisdiction Data will be more accurate*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_D | SCHOOL_DISTRICT_NAME | ELECTION_DATE | OTING_TYPE |
|---|---|---|---|---|---|---|---|---|
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2009 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/2/2010 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2012 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/5/2013 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/5/2014 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/4/2014 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 5/5/2015 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/8/2016 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2016 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/8/2017 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2018 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/10/2020 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/4/2020 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2020 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2022 0:00 | ED |

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Bonner, Shannon Aaliyah
Address in 11 2020 QVF = 6381 Minock St
Address in 02 2024 QVF = 6381 Minock St
Registration Date 2/19/20
Born 2001

ED = Voted In Person on Election Day
A = Voted Absentee

*State data does not necessarily represent the correct voting County, Jurisdiction and School District. County Jurisdiction Data will be more accurate*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE | OTING_TYPE |
|---|---|---|---|---|---|---|---|---|
| 159805922 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/10/2020 0:00 | ED |
| 159805922 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/4/2020 0:00 | ED |
| 159805922 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2020 0:00 | ED |
| 159805922 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2022 0:00 | ED |

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Bonner, Marwin Lamont
Address in 11 2020 QVF = 6381 Minock St
Address in 02 2024 QVF = 6381 Minock St
Registration Date 1/10/2001
Born 1973

ED = Voted In Person on Election Day
A = Voted Absentee

*State data does not necessarily represent the correct voting County, Jurisdiction and School District. County Jurisdiction Data will be more accurate*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE | OTING_TYPE |
|---|---|---|---|---|---|---|---|---|
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2009 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/2/2010 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2012 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/5/2013 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/5/2014 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/4/2014 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 5/5/2015 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/8/2016 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2016 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/8/2017 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2018 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/10/2020 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/4/2020 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2020 0:00 | ED |
| 10403055 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2022 0:00 | ED |

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Montgomery, Kiara Janay
Address in 11 2020 QVF = 6381 Minock St
Address in 02 2024 QVF = 6381 Minock St
Registration Date 4/10/14
Born 1996

ED = Voted In Person on Election Day
A = Voted Absentee

*State data does not necessarily represent the correct voting County, Jurisdiction and School District. County Jurisdiction Data will be more accurate*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE | OTING_TYPE |
|---|---|---|---|---|---|---|---|---|
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/4/2014 0:00 | ED |
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/8/2016 0:00 | ED |
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2016 0:00 | ED |
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/8/2017 0:00 | ED |
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2018 0:00 | ED |
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/10/2020 0:00 | ED |
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/4/2020 0:00 | ED |
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2020 0:00 | ED |
| 2000433211 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2022 0:00 | ED |

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Bonner, Shannon Aaliyah
Address in 11 2020 QVF = 6381 Minock St
Address in 02 2024 QVF = 6381 Minock St
Registration Date 2/19/20
Born 2001

ED = Voted In Person on Election Day
A = Voted Absentee

*State data does not necessarily represent the correct voting County, Jurisdiction and School District. County Jurisdiction Data will be more accurate*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE | OTING_TYPE |
|---|---|---|---|---|---|---|---|---|
| 159805922 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 3/10/2020 0:00 | ED |
| 159805922 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/4/2020 0:00 | ED |
| 159805922 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2020 0:00 | ED |
| 159805922 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2022 0:00 | ED |

**Municipality**

01

**Parcel ID**

22090475.

**Property Type**

REAL

**Property Address**

6830 MINOCK, DETROIT MI 48228

**Taxpayer(s)**

CHARARA,RABIH & IMAN

> ℹ️ **ADDITIONAL TAXES OR ADJUSTMENTS MAY BE DUE FOR THE CURRENT YEAR.**
>
> **PROPERTY TAX INFORMATION IS VALID AS OF BUSINESS DAY 04/19/2024.** 

Seller represented by:

**Amer Jaafar** with **Keller Williams Legacy**

Buyer represented by:

**Qassim Al-Omairi** with **Arg Realty**



Sold on April 15, 2024

What's your equity? (It's easy to find out)

⬤ Just Sold

2:18    ·ıl 5G 

‹   **6830 Minock St, Detroit, MI 48228**   ✎   ⬆

## Price History

| Date | Event | Price |
|------|-------|-------|
| 04/15/2024 | Sold | $80,000 |
| 03/12/2024 | Price Changed | $85,000 |
| 03/04/2024 | Price Changed | $90,000 |
| 02/29/2024 | Price Changed | $94,999 |
| 02/24/2024 | Price Changed | $101,999 |
| 02/10/2024 | Listed | $109,999 |
| 01/19/2018 | Listing Removed | - |

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Kershaw, Elizabeth Patriece
Address in 11 2020 QVF = 6830 Minock St.
Address in 02 2024 QVF = 6830 Minock St.
Registration Date 9/13/2004
Born 1987

ED = V
A = Vo

*State data does not necessarily represent the correct voting County, Jurisdiction and School District.  County/Jurisd*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTI |
|---|---|---|---|---|---|---|---|
| 34543088 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |
| 34543088 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Vaughn, Alene Renee                                                                                    ED =
Address in 11 2020 QVF = 6830 Minock St.                                                               A = V
Address in 02 2024 QVF = 6830 Minock St.
Registration Date 9/19/2011
Born 1993

*State data does not necessarily represent the correct voting County, Jurisdiction and School District.  County/Jur*

VOTER_IDENT COUNTY_C COUNTY_N JURISDICTI JURISDICTION_N SCHOOL_C SCHOOL_DISTRICT_NAME          ELEC
    34653803

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Vaughn, Pinson Orlando II                                                                                          ED =
Address in 11 2020 QVF = 6830 Minock St.                                                                   A = V
Address in 02 2024 QVF = 6830 Minock St.
Registration Date 10/9/2020
Born 2000

*State data does not necessarily represent the correct voting County, Jurisdiction and School District.  County/Juri*

VOTER_IDENT COUNTY_C COUNTY_N JURISDICTI JURISDICTION_N SCHOOL_D SCHOOL_DISTRICT_NAME        ELEC
   160215978

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Smith, Terence Terrel                                                                              ED = Vc
Address in 11 2020 QVF = 6830 Minock St.                                               A = Vot
Address in 02 2024 QVF = 6830 Minock St.
Registration Date 4/28/2004
Born 1985

*State data does not necessarily represent the correct voting County, Jurisdiction and School District.  County/Jurisd*

| VOTER_IDENT | COUNTY_C | COUNTY_M | JURISDICTI | JURISDICTION_N | SCHOOL_D | SCHOOL_DISTRICT_NAME | ELECTI |
|---|---|---|---|---|---|---|---|
| 2000482141 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |
| 2000482141 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |
| 2000482141 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |
| 2000482141 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Smith, James Orlando                                                                                          ED =
Address in 11 2020 QVF = 6830 Minock St.                                                                     A = V
Address in 02 2024 QVF = 15323 Burt Rd
Registration Date 9/12/2007
Born 1988

*State data does not necessarily represent the correct voting County, Jurisdiction and School District.  County/Juri*

VOTER_IDENT COUNTY_C COUNTY_N JURISDICTI JURISDICTION_N SCHOOL_D SCHOOL_DISTRICT_NAME        ELEC
 2000479023

**VOTER HISTORY FROM STATE - 12 2022 QVF**

Smith, Cristina Elaine
Address in 11 2020 QVF = 6830 Minock St
Address in 12 2022 QVF = 6830 Minock St
Address in 02 2024 QVF = NA
Registration Date 10/25/1997
Born 1967

ED = Voted In Person on Election Day
A = Voted Absentee

*State data does not necessarily represent the correct voting County, Jurisdiction and School District. County/Jurisdiction Data will be more accurate*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTION_DATE | VOTING_TYPE |
|---|---|---|---|---|---|---|---|---|
| 107343843 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/3/2020 0:00 | Y |
| 107343843 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/8/2016 0:00 | Y |
| 107343843 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8/5/2014 0:00 | Y |
| 107343843 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11/6/2012 0:00 | Y |



3:44                                                   LTE

  

‹ All Inboxes  **Information Requested**    ∧    ∨

**VOTER HISTORY FROM STATE - 02 2024 QVF**

Smith, Christopher Rayvon                                    ED = V
Address in 11 2020 QVF = 6830 Minock St.                     A = Vot
Address in 02 2024 QVF = 20900 Keeler St.
Registration Date 10/1/2011
Born 1990

*State data does not necessarily represent the correct voting County, Jurisdiction and School District. County/Jurisd*

| VOTER_IDENT | COUNTY_C | COUNTY_N | JURISDICTI | JURISDICTION_N | SCHOOL_C | SCHOOL_DISTRICT_NAME | ELECTI |
|---|---|---|---|---|---|---|---|
| 107343842 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |
| 107343842 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 8 |
| 107343842 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |
| 107343842 | 82 | WAYNE | 22000 | DETROIT CITY | 1103 | DETROIT COMMUNITY SCHOO | 11 |

# Property & Tax Information

**? Definitions**

### Municipality

01

### Parcel ID

22046083.

### Property Type

REAL

### Property Address

12842 SUSSEX, DETROIT MI 48227

### Taxpayer(s)

ECHIM ONE LLC

**Tax Year**

**Tax**

**Interest & Fees**

**Amount Due**

| TURNKDP | APPSENT | APPRETURNED | COUNTY | CB | JURISDICT | PRECINCT | FULL_NAME | EFFECTIVE | BALLOT/AIS/SPOILED |
|---|---|---|---|---|---|---|---|---|---|
| 5:1:24 | | 1:6:24 | WAYNE | C | CDETROIT CITY | 6147 | BLITCHOK, DUSTIN RAY | 1:20:19 | 110 W FORN ULL |
| 5:1:24 | | 1:9:24 | WAYNE | C | CDETROIT CITY | 4060 | MITCHELL, KRISTIAN LAMAE | 9:24:22 | 11000 WHN ULL |
| 5:2:24 | | 1:10:24 | WAYNE | C | CDETROIT CITY | 4103 | WILLIS, LOUIE EDWIN JR | 2:4:21 | 11255 CHAN ULL |
| 5:9:24 | | 1:30:24 | WAYNE | C | CDETROIT CITY | 7331 | MORRISON, LARRY | 12:26:14 | 11451 FAU NULL |
| 24:24 | | 1:11:24 | WAYNE | C | CDETROIT CITY | 7404 | GILES-FIZER, ALICIA RENAE | 8:6:12 | 11693 MENN ULL |
| 24:24 | | 1:11:24 | WAYNE | C | CDETROIT CITY | 7404 | FIZER, BOBBY GENE | 5:5:19 | 11693 MENN ULL |
| 22:24 | | 2:12:24 | WAYNE | C | CDETROIT CITY | 4103 | COUNCIL, LAKESA NICOLE | 2:16:20 | 12024 SAIN ULL |
| 5:1:24 | | 1:9:24 | WAYNE | C | CDETROIT CITY | 4103 | HUNT, DONELL | 10:16:17 | 12031 SAIN ULL |
| 5:1:24 | | 1:16:24 | WAYNE | C | CDETROIT CITY | 7365 | ACLISE, MITCHELL | 1:31:00 | 12144 RUT NULL |
| 5:6:24 | | 1:6:24 | WAYNE | C | CDETROIT CITY | 7399 | CRENSHAW, PHILLIP DESHAWN | 4:16:18 | 12378 MON ULL |
| 5:1:24 | | 1:25:24 | WAYNE | C | CDETROIT CITY | 7399 | CRENSHAW, JOHN L JR | 6:20:20 | 12390 MON ULL |
| 5:2:24 | | 1:24:24 | WAYNE | C | CDETROIT CITY | 7399 | CRENSHAW, LINDA KAY | 7:30:18 | 12390 MON ULL |
| 5:2:24 | | 1:22:24 | WAYNE | C | CDETROIT CITY | 7395 | WALKER, CAROLYN | 9:21:23 | 12453 MENN ULL |
| 5:1:24 | | 1:2:24 | WAYNE | C | CDETROIT CITY | 4047 | BRYANT, WILLIAM THOMAS | 12:29:17 | 12825 PRON ULL |
| 5:1:24 | | 1:2:24 | WAYNE | C | CDETROIT CITY | 4047 | LYONS, DIJWAN SIDNEY | 6:20:19 | 12825 PRON ULL |
| 26:24 | | 2:14:24 | WAYNE | C | CDETROIT CITY | 1357 | BECKMANN, MARY ELAINE | 2:14:24 | EIDERSTEN ULL |
| 5:9:24 | | 1:10:24 | WAYNE | C | CDETROIT CITY | 5123 | MUNSON, DELORIS BUTLER | 8:5:13 | 9320 BEAVN ULL |
| 5:1:24 | | 1:10:24 | WAYNE | C | CDETROIT CITY | 5138 | GRIFFIN, ALONZIE LOUIS JR | 9:15:16 | 1331 E CAN ULL |
| 5:1:24 | | 12:28:23 | WAYNE | C | CDETROIT CITY | 3079 | BILLS, CHERYL ELAINE | 10:15:00 | 13881 E ST NULL |
| 24:24 | | 2:3:24 | WAYNE | C | CDETROIT CITY | 5123 | REEBER, KRISTIN MARY | 7:16:06 | 1395 XANTIN ULL |
| 15:24 | 1:4:24 | 3:8:24 | WAYNE | C | CDETROIT CITY | 3078 | BURSEY, LENNICE REINA | 12:15:23 | 14010 PIN ENULL |
| 5:1:24 | | 12:28:23 | WAYNE | C | CDETROIT CITY | 3079 | GALLOW, BRUCE ANTHONY | 1:31:00 | 14044 FAIRN ULL |
| 20:24 | | 2:3:24 | WAYNE | C | CDETROIT CITY | 1352 | AVERETT, TRACEY | 6:16:23 | 14088 RIVEN ULL |
| 5:9:24 | | 1:24:24 | WAYNE | C | CDETROIT CITY | 1320 | COLLINS, VICTOR FERNANDEZ | 1:31:00 | 14225 MARN ULL |
| 5:6:24 | | 1:23:24 | WAYNE | C | CDETROIT CITY | 1320 | HAYES, DOROTHY MAE | 1:31:00 | 14225 MARN ULL |
| 5:2:24 | | 1:27:24 | WAYNE | C | CDETROIT CITY | 1320 | CLARK, DIANE FINNEY | 10:31:23 | 14239 FREIN ULL |
| 5:8:24 | | 1:29:24 | WAYNE | C | CDETROIT CITY | 7396 | MONROE, JOHN CALVIN | 8:23:13 | 14274 CHEN ULL |
| 5:9:24 | | 1:10:24 | WAYNE | C | CDETROIT CITY | 1320 | PATRICK, LISA DENISE | 10:3:23 | 14287 FREIN ULL |
| 5:1:24 | | 1:4:24 | WAYNE | C | CDETROIT CITY | 5001 | THOMAS, LESLIE EARL | 1:31:00 | 1457 BEWIN ULL |
| 26:24 | | 2:16:24 | WAYNE | C | CDETROIT CITY | 1320 | MCQUEEN, JOHN CALBERT JR | 3:11:23 | 14591 MARN ULL |
| 5:1:24 | | 1:13:24 | WAYNE | C | CDETROIT CITY | 1329 | HERRING, FREDDIE REANARD | 5:4:23 | 14720 WINN ULL |
| 26:24 | 2:12:24 | 2:22:24 | WAYNE | C | CDETROIT CITY | 1329 | BELL, BEVERLY ANN | 5:12:23 | 15003 FORN ULL |
| 14:24 | | 2:6:24 | WAYNE | C | CDETROIT CITY | 2392 | THOMAS, BRANDON JAMAL | 1:18:16 | 15020 HARN ULL |
| 5:6:24 | | 1:20:24 | WAYNE | C | CDETROIT CITY | 1312 | SANDERS, SHERRY SEIRRA | 1:7:23 | 15307 MURN ULL |
| 15:24 | | 1:27:24 | WAYNE | C | CDETROIT CITY | 2389 | MAYWEATHER, MARVIN LARAY | 10:30:23 | 15325 ROSN ULL |
| 22:24 | | 2:2:24 | WAYNE | C | CDETROIT CITY | 1315 | PETTIS, LASHAWN CELCES | 10:20:23 | 15500 RUT NULL |
| 5:2:24 | 1:29:24 | 1:29:24 | WAYNE | C | CDETROIT CITY | 2380 | SMITH, KATHLEEN ELIZABETH | 10:1:16 | 15772 CRU NULL |
| 5:6:24 | | 1:27:24 | WAYNE | C | CDETROIT CITY | 2209 | PICKENS, CEDRIC WAYNE | 12:1:08 | 15774 DEXN ULL |
| 5:2:24 | | 1:17:24 | WAYNE | C | CDETROIT CITY | 2209 | PICKENS, PATSY ANN | 1:31:00 | 15774 DEXN ULL |
| 5:6:24 | | 1:10:24 | WAYNE | C | CDETROIT CITY | 2389 | TURNER, EUGENE SCOTT | 3:25:23 | 15778 INDIN ULL |
| 22:24 | | 2:14:24 | WAYNE | C | CDETROIT CITY | 2389 | LONDON, YOLANDA DENISE | 8:18:07 | 15787 OHHN ULL |
| 5:2:24 | | 1:8:24 | WAYNE | C | CDETROIT CITY | 2212 | LOCKHART, CLARINDA YVONNE | 8:24:22 | 15810 PRIN ULL |
| 5:1:24 | | 1:19:24 | WAYNE | C | CDETROIT CITY | 3082 | MENIFIELD, GRACE MARIE | 10:19:23 | 15865 MANN ULL |
| 5:1:24 | | 1:5:24 | WAYNE | C | CDETROIT CITY | 1305 | WRIGHT, ROBERT CARL | 10:31:69 | 16120 KENN ULL |
| 5:1:24 | | 1:5:24 | WAYNE | C | CDETROIT CITY | 1305 | GRAY, TRACI DENISE | 3:26:22 | 16120 KENN ULL |
| 5:1:24 | | 1:18:24 | WAYNE | C | CDETROIT CITY | 2209 | ALLEN, ANTOINE RENARD | 10:27:19 | 16143 FAIRN ULL |
| 26:24 | | 1:16:24 | WAYNE | C | CDETROIT CITY | 2384 | MORTON, RONALD | 1:16:24 | 215 DANFN ULL |
| 12:24 | | 1:20:24 | WAYNE | C | CDETROIT CITY | 2386 | JOHNSON, KARL MAURICE | 10:17:19 | 16205 TULN ULL |
| 24:24 | | 1:26:24 | WAYNE | C | CDETROIT CITY | 2403 | WEST, LERRILL CHINELO | 8:16:23 | 16558 INDIN ULL |
| 22:24 | | 1:17:24 | WAYNE | C | CDETROIT CITY | 1253 | PINKSTON, BETTY JEAN | 10:31:08 | 16605 COYN ULL |
| 5:1:24 | | 1:12:24 | WAYNE | C | CDETROIT CITY | 1253 | PINKSTON, GEORGE WASHINGTON | 1:31:00 | 16605 COYN ULL |
| 24:24 | | 2:7:24 | WAYNE | C | CDETROIT CITY | 1253 | STEPHENS, LEROY | 11:2:18 | 16678 GREN ULL |
| 22:24 | | 2:7:24 | WAYNE | C | CDETROIT CITY | 1253 | STEPHENS, LIL-WANDA JEAN | 8:14:20 | 16678 GREN ULL |
| 24:24 | | 2:7:24 | WAYNE | C | CDETROIT CITY | 1253 | STEPHENS, SEAN NARON | 11:8:20 | 16678 GREN ULL |
| 5:9:24 | | 1:24:24 | WAYNE | C | CDETROIT CITY | 1278 | WILLIAMS, ANNA MAE | 12:1:23 | 16735 VAUN ULL |
| 5:8:24 | | 1:24:24 | WAYNE | C | CDETROIT CITY | 1278 | WILLIAMS, CHARLES RICHARD | 12:2:23 | 16735 VAUN ULL |
| 23:24 | | 1:20:24 | WAYNE | C | CDETROIT CITY | 1315 | VANCE, IDA RUTH | 10:10:85 | 16744 PREN ULL |
| 21:24 | | 2:3:24 | WAYNE | C | CDETROIT CITY | 1316 | CRIPPINS, AHSHALA SHARLOTTE | 10:20:00 | 16746 MURN ULL |
| 14:24 | | 1:25:24 | WAYNE | C | CDETROIT CITY | 1316 | THORNTON, LEILANI | 10:15:00 | 16746 MURN ULL |
| 13:24 | | 1:11:24 | WAYNE | C | CDETROIT CITY | 1316 | BUCK, JACQUELINE ANN | 1:31:00 | 900 HAMMN ULL |
| 24:24 | | 1:6:24 | WAYNE | C | CDETROIT CITY | 2211 | REID, DANIEL JAY | 8:27:15 | 16837 BAYN ULL |
| 5:1:24 | | 1:9:24 | WAYNE | C | CDETROIT CITY | 1253 | CRAIN, LUDY MORAN JR | 11:9:23 | 16840 GREN ULL |
| 26:24 | | 2:9:24 | WAYNE | C | CDETROIT CITY | 1253 | MITCHELL, BEALER A | 8:21:06 | 16850 PREN ULL |
| 5:6:24 | | 1:25:24 | WAYNE | C | CDETROIT CITY | 2249 | ALLISON, CHRISTOPHER JAMES | 5:27:94 | 16891 STEIN ULL |
| 5:1:24 | | 1:12:24 | WAYNE | C | CDETROIT CITY | 2295 | GLOVER, WILLIE LEE | 1:31:00 | 17327 MURN ULL |
| 20:24 | | 1:24:24 | WAYNE | C | CDETROIT CITY | 1298 | HOWELL, JAMAL JOSEPH | 1:1:99 | 17406 WOCN ULL |
| 20:24 | | 1:24:24 | WAYNE | C | CDETROIT CITY | 1298 | HOWELL, TEIA RAICHON | 4:23:04 | 17406 WOCN ULL |
| 24:24 | | 1:17:24 | WAYNE | C | CDETROIT CITY | 2244 | ROBINSON, MARY ROSE | 9:30:20 | 17536 ADAN ULL |
| 12:24 | | 1:20:24 | WAYNE | C | CDETROIT CITY | 3174 | BAUCUM-JACKSON, DONNA M | 1:20:00 | 18144 MITN ULL |
| 12:24 | | 1:26:24 | WAYNE | C | CDETROIT CITY | 2241 | JONES, KEVIN EUGENE | 12:20:23 | 18299 GRICN ULL |
| 5:6:24 | | 1:26:24 | WAYNE | C | CDETROIT CITY | 2241 | JONES, MEKEEBA MONIQUE | 12:20:23 | 18299 GRIGGS ST 20E |
| 12:24 | | 1:16:24 | WAYNE | C | CDETROIT CITY | 2295 | SANDERS, HARRIS KENNETH | 3:6:20 | 18461 FERN ULL |
| 5:2:24 | | 1:25:24 | WAYNE | C | CDETROIT CITY | 2224 | WEBSTER, BARBARA ANN | 7:31:17 | 18491 STEIN ULL |
| 5:6:24 | | 1:12:24 | WAYNE | C | CDETROIT CITY | 2256 | BEARD, ORA LEE | 1:31:00 | 18624 WISN ULL |
| 13:24 | | 1:9:24 | WAYNE | C | CDETROIT CITY | 1302 | GATES-ROBERTSON, EMYRE ARLORENZA | 6:23 | 18711 SHIN ULL |
| 5:1:24 | | 1:8:24 | WAYNE | C | CDETROIT CITY | 2221 | WILLIAMS, WARREN OTIS | 10:30:20 | 18947 SANN ULL |
| 5:8:24 | | 1:11:24 | WAYNE | C | CDETROIT CITY | 1282 | DALTON, ANGELA SHERELLE | 5:28:23 | 19155 ANNN ULL |
| 26:24 | | 1:20:24 | WAYNE | C | CDETROIT CITY | 2257 | BYRD, ALBERT NYLAND JR | 9:2:21 | 19205 OHHN ULL |
| 5:2:24 | | 1:10:24 | WAYNE | C | CDETROIT CITY | 2221 | GIPSON, PINKIE MARIE-THOMAS | 5:25:08 | 19210 MONN ULL |
| 26:24 | | 1:20:24 | WAYNE | C | CDETROIT CITY | 2225 | CURRY, VALORIE RENEE | 2:15:20 | 19311 MEYN ULL |
| 5:6:24 | | 1:10:24 | WAYNE | C | CDETROIT CITY | 3194 | BLACK, LAWRENCE JR | 3:15:23 | 19315 BUFN ULL |
| 5:6:24 | | 1:10:24 | WAYNE | C | CDETROIT CITY | 3194 | WASHINGTON, JOAN | 3:15:23 | 19315 BUFN ULL |
| 20:24 | | 1:6:24 | WAYNE | C | CDETROIT CITY | 2257 | SANDERS, LUTRICIA JEAN | 11:38:23 | 19740 CRAN ULL |
| 5:8:24 | | 1:29:24 | WAYNE | C | CDETROIT CITY | 2233 | DAWSON, DERRICK LAMONT | 6:13:03 | 19745 LITTN ULL |
| 5:9:24 | | 1:29:24 | WAYNE | C | CDETROIT CITY | 2233 | DAWSON, MYA LACHELLE | 2:22:23 | 19745 LITTN ULL |
| 5:6:24 | | 1:13:24 | WAYNE | C | CDETROIT CITY | 2257 | SHEPHERD, THELMA JEAN | 1:31:00 | 19747 GREN ULL |
| 13:24 | | 1:9:24 | WAYNE | C | CDETROIT CITY | 2257 | ELLIS, CHARLES NOBLE | 9:21:14 | 19754 CRAN ULL |
| 5:1:24 | | 1:17:24 | WAYNE | C | CDETROIT CITY | 2257 | ELLIS, REGGIE ELAINE | 2:16:22 | 19754 CRAN ULL |
| 5:1:24 | | 1:19:24 | WAYNE | C | CDETROIT CITY | 1276 | CLARK, DIANNE LUVEART | 12:18:23 | 19792 BRAN ULL |
| 20:24 | | 1:29:24 | WAYNE | C | CDETROIT CITY | 2288 | WRIGHT, CLARISSA DIANA | 2:4:13 | 19797 GILCN ULL |
| 22:24 | | 2:5:24 | WAYNE | C | CDETROIT CITY | 5168 | CARTER, JUANA SHERI | 12:26:14 | 20 WESTMN ULL |
| 5:6:24 | | 1:27:24 | WAYNE | C | CDETROIT CITY | 2243 | JORDAN, ADRIENNE BELINDA | 9:16:01 | 20039 GRICN ULL |

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** John F. Kennedy III, Ramon M. Jackson

**DEFENDANTS** Detroit City Clerk Janice Winfrey et al, SOS Jocelyn Benson et al

**(b)** County of Residence of First Listed Plaintiff  Wayne, Macomb
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se: 19170 Ohio
Detroit, MI 48221

Case:2:24-cv-11072
Judge: DeClercq, Susan K.
MJ: Stafford, Elizabeth A.
Filed: 04-23-2024 At 01:44 PM
CMP KENNEDY ET AL V. BENSON ET AL ( DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP *(For ...)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983, 52 U.S.C. 20507

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  Yes

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____