UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMON JACKSON,

    Plaintiff,

v.

MICHIGAN SECRETARY OF STATE, et al.,

    Defendants.

Case No. 24-cv-11072

Honorable Robert J. White

## JUDGMENT

The Court has dismissed the amended complaint with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

                                          KINIKIA D. ESSIX
                                          CLERK OF COURT

                                          By: s/Tara Villereal_____
                                                  Deputy Clerk

October 21, 2024

Approved: s/Robert J. White _____
             Robert J. White
             United States District Judge